# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Alberto Sanmiguel, Jr.,

    Petitioner,

vs.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

3:08-CV-475-03
(3:04-CR-255-1)

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/3/2008 Order.

Signed: November 3, 2008

Frank G. Johns, Clerk
United States District Court